IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )     Case №: 5:25-MJ-00042-1 CDB
                                        )
            Plaintiff,                  )          **O R D E R**
                                        )     **APPOINTING COUNSEL**
      vs.                               )
                                        )
OMAR GALARZA-MONTES,                    )
                                        )
            Defendant.                  )
                                        )

      The above named Defendant has, under oath, sworn or affirmed as to his financial

inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

      IT IS HEREBY ORDERED that Alekxia Torres Stallings, be appointed to represent

Defendant in this case effective *nunc pro tunc* to June 5, 2026.

      This appointment shall remain in effect until further order of this court, or until the

pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

   Dated:   **June 8, 2026**          _____
                                       UNITED STATES MAGISTRATE JUDGE