ERIC GRANT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>OMAR GALARZA-MONTES,<br><br>Defendant. | Case No. 5:25-mj-00042-CDB<br><br>STIPULATION TO CONTINUE PRELIMINARY HEARING |

The defendant, Omar Galarza-Montes, is charged by complaint with being a previously removed alien who was found back in the United States without authorization in violation of 8 U.S.C. § 1326. Mr. Galarza-Montes made his initial appearance on June 5, 2026, and his preliminary hearing is currently scheduled for June 25, 2026, with an appropriate time exclusion so that he and his counsel can review the discovery and consider a possible pre-indictment resolution. Mr. Galarza-Montes and his counsel had hoped to complete their review before this week when his counsel went on scheduled leave, but they were unable to do so due to his counsel's workload. Therefore, the parties request that the preliminary hearing be further continued until July 17, 2026, at 2:30 p.m., before the Honorable Christopher D. Baker so that

Mr. Galarza-Montes and his counsel may have additional time to complete their review. The parties also agree that time shall be excluded from June 17, 2026, through July 17, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: June 17, 2026

*/s/ Alekxia Torres-Stallings*
Alekxia Torres-Stallings
Counsel for Omar Galarza-Montes

Dated: June 16, 2026

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

**ORDER ON STIPULATION**

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for June 25, 2026, is continued until July 17, 2026, at 2:30 p.m., before the Honorable Christopher D. Baker. Time shall be excluded from calculation under 18 U.S.C. § 3161 beginning June 17, 2026, through July 17, 2026, for purposes of continuity of defense counsel and defense preparation pursuant to Fed. R. Crim. P. 5.1(d) and 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv). For the reasons set forth in the parties' stipulation, the undersigned finds the ends of justice served by taking such action outweigh the best interest of the public and Defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **June 17, 2026**

UNITED STATES MAGISTRATE JUDGE